UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

ZORAN STOYANOVICH,

               Plaintiff,

    v.

FINE ART CAPITAL LLC,

               Defendant.

----------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/24/07

Civ. No. 06-13158 (SHS)

ECF Case

STIPULATION OF
DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41.

Dated: New York, New York
       October 24, 2007

GREENBERG FREEMAN LLP

By: _____
    Michael A. Freeman (MAF-9600)
    24 West 40th Street, 17th Floor
    New York, NY 10018
    (646) 366-0881

*Attorneys for Plaintiff*

By: _____
    Maria J. Zotes (MJZ-2906)
    5 East 42nd Street
    New York, New York 10017

*Attorneys for Defendant*

SO ORDERED: 10/26/07

_____
Sidney H. Stein, U.S.D.J.

Dated: